

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

Nos. 02-20-00048-CR
02-20-00049-CR

OTIS DON TROTTER, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 372nd District Court
Tarrant County, Texas
Trial Court No. 1546892D, 1546894D

---

## ORDER

Karen B. Martinez, official court reporter for the 372nd District Court, certified to this court that she was unable to convert State's Exhibit No. 39 into a format and/or size compatible with the requirements of the TAMES records submission portal (RSP) because the exhibit is "too large to be uploaded under the TAMES required file size."

This court subsequently ordered the trial court clerk to deliver the original State's Exhibit 39 (DVD – Full Body Cam Video - Lance) from trial court case numbers 1546892D and 1546894D.  Upon receipt of this exhibit, the court reviewed it and observed that the DVD contains a video file in .mp4 format, which is a compatible format supported by VLC media player (VideoLAN Organization) and Windows media player (Microsoft).  *See* Jud. Comm. on Info. Tech., *Technology Standards* § 3.2.C (Version 6.5 Oct. 2019), https://www.txcourts.gov/media/1435816/technology-standards.pdf.  Furthermore, the file size of the video does not exceed the two-gigabyte file-size limit of the TAMES RSP.  Off. of Ct. Admin., *TAMES Records Submission Portal (RSP) User Guide* 5 (Version 3 Aug. 1, 2013), https://rsp.txcourts.gov/training/TAMES-RSP-User-Guide.pdf.  Therefore, in its present format, State's Exhibit No. 39 can be submitted electronically in compliance with the requirements of the Rules of Appellate Procedure, the Uniform Format Manual, and the TAMES portal.

Accordingly, we return the original State's Exhibit No. 39 to the trial court clerk and order court reporter Karen B. Martinez to upload the exhibit to the TAMES portal in compliance with the applicable rules no later than **Tuesday, July 6, 2021**.

We direct the clerk of this court to send a notice of this order to court reporter Karen B. Martinez, the attorneys of record, the trial court judge, and the trial court clerk.

2

Dated June 24, 2021.

                                             Per Curiam